IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVIS, | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | No. 2:02-CV-04519-PBT |
| | : | |
| MARCIA WALDRON, | : | |
| CLERK, UNITED STATES COURT | : | |
| OF APPEALS FOR THE THIRD | : | |
| CIRCUIT, *et al.*, | : | |
|     Defendants | : | |
| | : | |

DEFENDANTS' MOTION TO DISMISS COMPLAINT AS FRIVOLOUS
FOR FAILURE TO STATE A CLAIM PURSUANT
TO FED.R.CIV.P. 12(b)(6)

The defendants, by their attorneys Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Stephen J. Britt, Assistant United States Attorney for the district, move the Court to dismiss the complaint as frivolous, for the reasons set out in the accompanying memorandum of law.

                    Respectfully submitted,

                    PATRICK L. MEEHAN
                    United States Attorney

                    _____
                    JAMES G. SHEEHAN
                    Assistant United States Attorney
                    Chief, Civil Division

                    _____
                    STEPHEN J. BRITT
                    Assistant United States Attorney