IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
THOMAS DAVIS,                      :
     Plaintiff                     :
                                   :
         v.                        :    No. 2:02-CV-04519-PBT
                                   :
MARCIA WALDRON,                    :
CLERK, UNITED STATES COURT         :
OF APPEALS FOR THE THIRD           :
CIRCUIT, et al.,                   :
     Defendants                    :
                                   :
```

O R D E R

AND NOW This     Day of October, 2002, upon consideration of Defendants' Motion To Dismiss the Complaint as frivolous for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6), and the plaintiff's response thereto, it is hereby ORDERED that the motion is GRANTED. The Complaint is DISMISSED.

                              BY THE COURT:

                              _____
                              HONORABLE PETRESE B. TUCKER
                              United States District Judge