## *Certificate of Service*

I certify hereby that on the 15th Day of October, 2002 I personally served or caused to be served a copy of the attached Defendants' Motion To Dismiss The Complaint As Frivolous, addressed to:

> Thomas DAVIS   BZ-9982
> State Regional Correc. Facility at Mercer
> 801 Butler Pike
> Mercer PA            16137-5699

by first-class mail service upon plaintiff..

_____
STEPHEN J. BRITT
Assistant United States Attorney
615 Chestnut Street
Philadelphia, PA 19106-4476
(215) 861-8443
(215) 861-8642 facsimile