IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS DAVIS** | : | |
|     **Plaintiff,** | : | |
| | : | CIVIL ACTION NO. 02-CV-4519 |
| v. | : | |
| | : | |
| **MARCIA M. WALDRON, ET AL.,** | : | |
|     **Defendants** | : | |

**ORDER**

**AND NOW**, this 17th day of December 2002, upon consideration of Plaintiff's Motion for Leave to File An Amended Complaint (Doc. 13), **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED**. Plaintiff shall file its amended complaint on or before **Monday, January 6, 2003**.

                                                **BY THE COURT:**

                                                _____

                                                **Hon. Petrese B. Tucker, U.S.D.J.**