IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **THOMAS DAVIS** | : | |
|     **Plaintiff,** | : | |
| | : | CIVIL ACTION NO. 02-CV-4519 |
| v. | : | |
| | : | |
| **MARCIA M. WALDRON, ET AL.,** | : | |
|     **Defendants** | : | |

**ORDER**

**AND NOW**, this 30th day of January 2003, **IT IS HEREBY ORDERED and DECREED** that Plaintiff shall file his amended complaint within fourteen (14) days of the date of this Order, on or before **Friday, February 14, 2003**.[1]  If Plaintiff fails to file his amended complaint by the above date, the parties shall proceed on Plaintiff's original complaint filed on October 1, 2002 (Doc. 10), and the Court will take under advisement Defendants' Motion to Dismiss Plaintiff's original complaint.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The Court issued an Order on December 17, 2002, ordering Plaintiff to file his amended complaint by January 6, 2003.  As of the date of this Order, Plaintiff has not filed his amended complaint.