IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS DAVIS** : | |
|       **Plaintiff,** : | |
| : | CIVIL ACTION NO. 02-CV-4519 |
| v. : | |
| : | |
| **MARCIA M. WALDRON, ET AL.,** : | |
|       **Defendants** : | |

## ORDER

**AND NOW**, this 11th day of June 2003, upon consideration of Plaintiff's Motion for Reconsideration of Default Judgment (Doc. 24), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.[1]

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Plaintiff filed a request for Default Judgment on April 8, 2003. The Court denied the request on April 28, 2003. Defendants filed a motion to dismiss Plaintiff's complaint as frivolous on October 15, 2002. That motion to dismiss remains outstanding, therefore, defendants' answer is not due.