IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Thomas Davis

        02-CV-4519
        District Court Docket Number

vs.

Marcia M. Waldron, et al

Notice of Appeal Filed <u>6/27/03</u>
Court Reporter(s)/ESR Operator(s)    <u>N/A</u>

Filing Fee:
   Notice of Appeal __Paid <u>XX</u> Not Paid  __Seaman
   Docket Fee      __Paid <u>XX</u> Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

<u>X</u> Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

      Prepared by :_____
                Fernando Benitez, Jr.
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm