IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS DAVIS** : | |
|     Plaintiff, : | |
| : | CIVIL ACTION NO. 02-CV-4519 |
| v. : | |
| : | |
| **MARCIA M. WALDRON, ET AL.,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, this 11th day of September 2003, upon consideration of Plaintiff's Motion to Set Aside Judgment for Fraud Upon the Court (Doc. 31), Defendants' Response (Doc. 32), and Plaintiff's Reply (Doc. 34), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

                                                                **BY THE COURT:**

                                                                 _____
                                                                 **Hon. Petrese B. Tucker, U.S.D.J.**