IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Thomas Davis

                                                  02-CV-4519
                                                  District Court Docket Number

            vs.

Marcia M. Waldron, et al

Notice of Appeal Filed <u>11/10/03</u>
Court Reporter(s)/ESR Operator(s)       <u>N/A</u>

Filing Fee:
      Notice of Appeal  __Paid  _X_ Not Paid    __Seaman
      Docket Fee         __Paid  _X_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                    Defendant's Address (for criminal appeals)

                                            Prepared by :_____
                                                       Fernando Benitez, Jr.
                                                     Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm